**Peter E. Martin**
A Law Corporation
State Bar Number 121672
917 Third Street
Eureka, California 95501
Tel: (707) 268-0445
Fax: (707) 667-0318
Email: peter@petermartinlaw.com

Attorney for Plaintiff
MICHAEL GENERAL THOMPSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENERAL THOMPSON,<br><br>  Plaintiff,<br><br>vs.<br><br>TIMOTHY JONES, YOUNG PORAMBO, Does 1 through 10,<br><br>  Defendants | Case No. 14-cv-01039-TEH<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: August 18, 2014<br>Time: 1:30 p.m.<br>Courtroom: 12 |

The current Case Management Conference is scheduled on the same day as the Settlement Conference. The Case Management Conference is to be heard by Hon. Judge Thelton E. Henderson in San Francisco and the Settlement Conference is set to be heard in front of Magistrate Judge Nandor J. Vadas in Eureka. As such, it would be difficult for the parties to attend both conferences.

Therefore, it is hereby stipulated between the parties hereto that the Case Management Conference in the above-entitled matter currently set for August 4, 2014 at

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
THOMPSON V. JONES, et al.
Case No. 14-cv-01039-TEH

1

1:30 p.m. shall be continued to August 18, 2014 at 1:30 p.m. in Courtroom 12. The Case Management Statement due by July 28, 2014 will now be due by August 11, 2014.  Plaintiff will appear by telephone.

Dated:  July 18, 2014                    /s/ Peter E. Martin
                                         _____
                                         Peter E. Martin
                                         Attorney for Plaintiff

Dated: July 18, 2014                     /s/ Robert Henkels
                                         _____
                                         Robert Henkels
                                         Attorney for Defendants

**ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Both parties having entered a stipulated agreement to continue the Case Management Conference in the above-entitled matter currently set for August 4, 2014 at 1:30 p.m., the matter shall be continued to August 18, 2014 at 1:30 p.m. in Courtroom 12.  The Case Management Statement will now be due by August 11, 2014.  Plaintiff will appear by telephone.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____07/21___, 2014       _____
                                         Hon. Thelton E. Henderson

_____
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE           2
THOMPSON V. JONES, et al.
Case No. 14-cv-01039-TEH