Peter E. Martin, SBN 121672
Christopher Einselen SBN 294273
Peter E. Martin, A Law Corporation
917 Third Street
Eureka, California 95501
Tel: (707) 268-0445
Fax: (707) 667-0318
Email: peter@petermartinlaw.com

Attorneys for Plaintiff
MICHAEL GENERAL THOMPSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENERAL THOMPSON,<br><br>   Plaintiff,<br><br>   vs.<br><br>TIMOTHY JONES, YOUNG PORAMBO,<br>Does 1 through 10,<br><br>   Defendants. | CASE NO. CV 14-01039 TEH<br><br>**REQUEST FOR DISMISSAL AND [PROPOSED] ORDER GRANTING DISMISSAL** |

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that the parties have settled this matter and plaintiff has received the settlement funds.

Plaintiff hereby requests that the Court dismiss this matter with prejudice.

Dated: September 19, 2014        /s/ Peter E. Martin
                                 _____
                                 Peter E. Martin
                                 Christopher Einselen
                                 Attorneys for Plaintiff

**IT IS SO ORDERED:**

The Request for Dismissal is hereby granted. This matter is dismissed with prejudice.

Dated: September ~~19~~ 23, 2014

_____
Thelton E. Henderson
UNITED STATES DISTRICT COURT JUDGE